MARY E. CONNELL, Respondent, *v.* WILLIAM F. CONNELL, Appellant.

*Connell* v. *Connell,* 124 App. Div. 904. appeal dismissed.
(Argued April 1, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1908, which affirmed an order of Special Term denying a motion to modify a decree of separation in relation to the custody of a child.

*Walter E. Warner* for appellant.

*Henry Warren Beebe* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

———

RICHARD S. WANSER, Respondent, *v.* JOHN DE NYSE et al., Defendants.

FRANKLIN S. HOLMES, Appellant.

*Wanser* v. *De Nyse,* 125 App. Div. 209. affirmed.
(Argued April 1, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1908, which affirmed an order of Special Term directing the appellant herein to complete a purchase made at a partition sale.

*A. P. Bachman* and *John Oscar Ball* for appellant.

*Edmund C. Viemeister* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.